In the Matter of the Claim of FLOYD VAN CUREN, Respondent, against LUKE J. COLLINS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— The only question presented by the record is whether Luke J. Collins was claimant's employer. On April 3, 1933, claimant while engaged in loading timber on a railroad car sustained accidental injuries. In the employer's first report of injury he admitted that he was claimant's employer. In a supplemental report he made the same admission. Claimant testified unequivocally that Collins employed him. There is evidence to sustain the finding of the Industrial Board that Collins was the employer. Award unanimously affirmed with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of BENJAMIN WILEY, Respondent, against ARBUCKLE BROTHERS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant in sub-zero weather was working upon an open dock, assisting in unloading heavy bags of coffee from a ship alongside. When not so engaged on the day of his injury he shoveled snow from the dock. His fingers were badly frozen causing a gangrenous condition. This made amputation necessary. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.